# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2015

### NO. 03-13-00080-CV

**Appellants, Central Austin Apartments, LLC; UP-32nd Street, LLC; and UP-32nd Street Hospitality, LLC// Cross-Appellants, East Avenue Property Owners' Association, Inc. and UP Austin Holdings, LP and UP Austin Land Holdings, LP**

**v.**

**Appellees, UP Austin Holdings, LP; UP Austin Land Holdings, LP; and East Avenue Property Owners' Association, Inc.// Cross-Appellees, Central Austin Apartments, LLC; UP-32nd Street, LLC; and UP-32nd Street Hospitality, LLC**

---

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE AND JUSTICE PEMBERTON;
FORMER CHIEF JUSTICE JONES NOT PARTICIPATING
VACATED AND REMANDED ON JOINT MOTION --
OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the judgment signed by the district court on November 30, 2012. The parties have filed a joint notice of settlement and agreed motion to issue the mandate, and having considered the motion, the Court agrees that the motion should be granted in part. We therefore, order that the opinion and judgment dated December 8, 2014, are withdrawn; we grant the parties' motion in part, vacate the district court's judgment without reference to the merits, and remand this case to the district court for rendition of judgment in accordance with the parties'

agreement.  Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.